

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Ranger Ready Mix, LLC, Appellant

No. 06-18-00035-CV         v.

Cintas Corporation No. 2, Appellee

Appeal from the 368th District Court of Williamson County, Texas (Tr. Ct. No. 17-0362-C368).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Cintas Corporation No. 2, pay all costs of this appeal.

RENDERED OCTOBER 5, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk